UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
February 1, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

Ali Khoshbakhti Vayeghan,

*Petitioner*,

v.

Kelly, et al.

*Respondents*.

Case No. 2:17-cv-00702

**Order re TRO Briefing and Hearing**

The Court, having reviewed the Parties' Joint Status Report and Stipulation re Briefing and Hearing, and good cause having been found, HEREBY ORDERS:

1. The briefing schedule set forth in the Temporary Restraining Order [Amended and Corrected], Dkt. No. 6 ("TRO") at 3 (filed January 29, 2017), is stayed until further notice of this Court;

2. The hearing presently set in the TRO for February 10, 2017, at 9:30 a.m. is vacated;

3. In lieu of the TRO hearing, the Court will set an in-person status conference for ____February 10, 2017____ at __9:30 a.m.__, to discuss the status of the compliance. In the event Mr. Vayeghan is admitted to the United States pursuant to the terms of the TRO, and the Plaintiffs determine they need no further action on the TRO, the Court directs them to file a notice withdrawing their motion before that date.

Dated: February 1, 2017

*S. James Otero*
_____
United States District Court Judge