UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI KHOSHBAKHTI VAYEGHAN,<br><br>  Petitioner,<br><br>vs.<br><br>JOHN F. KELLY, et al.,<br><br>  Respondents. | 2:17-cv-00702-SJO-GJS<br><br>ORDER CONTINUING STATUS CONFERENCE |

FILED
CLERK, U.S. DISTRICT COURT
March 3, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

  The Court, having reviewed the Parties' Joint Status Report and Stipulation to Continue Status Conference, and good cause having been shown, hereby orders:

  1. The status conference currently set for March 10, 2017, is vacated;

  2. A status conference is set for March 24, 2017, at 9:30 a.m.;

  3. The Parties will submit a joint status report on March 17, 2017.

Dated: March 3, 2017    _____
                Hon. S. JAMES OTERO
                UNITED STATES DISTRICT JUDGE