UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI KHOSHBAKHTI VAYEGHAN, <br><br> Petitioner, <br><br> vs. <br><br> JOHN F. KELLY, et al., <br><br> Respondents. | 2:17-cv-00702-SJO-GJS <br><br> ORDER CONTINUING STATUS CONFERENCE |

FILED
CLERK, U.S. DISTRICT COURT
March 3, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

The Court, having reviewed the Parties' Joint Status Report and Stipulation to Continue Status Conference, and good cause having been shown, hereby orders:

1. The status conference currently set for March 10, 2017, is vacated;
2. A status conference is set for March 24, 2017, at 9:30 a.m.;
3. The Parties will submit a joint status report on March 17, 2017.

Dated: March 3, 2017

S. James Otero
_____
Hon. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE