UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-00702 SJO (SKx) | Date | February 10, 2017 |
|---|---|---|---|
| Title | Ali Khoshbakhti Vayeghan v. John F. Kelly, et al. | | |

Present: The Honorable   JAMES OTERO, Judge presiding

| Victor Cruz | Carol Zurborg | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stacy Eva Tolchin<br>Peter Bibring | Brian Christopher Ward |

**Proceedings:**   STATUS CONFERENCE

Hearing held.

Court and counsel confer whether the Court should dissolve the TRO or dismiss it as moot.

The Court dissolve the TRO and sets a Status Conference on 3/10/17 @ 9:00 a.m. The parties shall file a joint status report by 3/3/17

|  | : | 0/11 |
|---|---|---|
|  | Initials of Preparer | vpc |