NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

ALI KHOSHBAKHTI VAYEGHAN,

    Petitioner,

vs.

JOHN F. KELLY, et al.,

    Respondents.

2:17-cv-00702-SJO GJS(x)

ORDER

FILED
CLERK, U.S. DISTRICT COURT
May 8, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

    The Court having reviewed the Parties' Joint Status Report and Stipulation, and Motion to Stay Briefing and Continue Hearing, and good cause having been shown, hereby orders:

1. The briefing schedule set at the status conference on March 24, 2017, and set out in the Minutes of Status Conference, ECF No. 23, is stayed until further notice of the Court; and,

2. The hearing currently set for June 5, 2017, is vacated.

3. A telephonic status conference shall be held on Friday, July 7, 2017, at 10 a.m. The parties shall file a joint status report by Monday, June 26, 2017.

If there is any change in the status of this case, the Parties shall promptly notify the Court.

Dated: May 8, 2017

_____
Hon. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE