Jennifer Pasquarella (CA SBN #263241)
Ahilan Arulanantham (CA SBN# 237841)
Peter Bibring (CA SBN #223981)
ACLU of Southern California
1313 West 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297
Email: pbibring@aclusocal.org

Stacy Tolchin (CA SBN #217431)
Megan Brewer (CA SBN#268248)
Law Offices of Stacy Tolchin
634 S. Spring St., Suite 500A
Los Angeles, CA 90014
Telephone: (213) 622-7450
Facsimile: (213) 622-7233
Email: Stacy@Tolchinimmigration.com
Email: Megan@Tolchinimmigration.com

Attorneys for the Petitioner

JS-6

FILED
CLERK, U.S. DISTRICT COURT

June 27, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI KHOSHBAKHTI VAYEGHAN,<br><br>　　Petitioner,<br><br>vs.<br><br>JOHN F. KELLY, et al.,<br>　　Respondents. | Case no. 2:17-cv-00702<br><br>ORDER RE STIPULATED DISMISSAL WITH PREJUDICE |

1   The Court is in receipt of the STIPULATION to Dismiss Case pursuant to
2   F.R.C.P. 41(a)(1)(A)(i) filed by Plaintiffs, indicating that the parties have entered
3   into a settlement agreement and have stipulated to dismissing Plaintiff's claims
4   with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i). Accordingly, the Court Orders
5   that this matter shall be dismissed with prejudice.

7   IT IS SO ORDERED.

9   Dated: June 27, 2017           _____
10                                  HON. S. JAMES OTERO
11                                  UNITED STATES DISTRICT JUDGE